748

CHARLES R. PISCITELLO v. NATHAN STERNIG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY H. SIMMS v. ARTHUR R. BERNSTEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

IRVING TRUST COMPANY, as Corporate Trustee, etc., and Others, v. LIBBY's HOTEL CORPORATION and Others, Impleaded with BARNET KLASS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

GALUTEN & FUCHS REALTY CORPORATION v. BARNET KLAR and Another.— Motion to dismiss appeal granted, unless appellants procure the record on appeal to be served and filed on or before March 7, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ANNA T. KILROY and Others v. SHARRETT REALTY CO., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY H. SIMMS v. ARTHUR R. BERNSTEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

EMANUEL MATOUSEK v. BANK OF EUROPE TRUST COMPANY.— Application granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ELSIE E. TROUGH v. BRADY, CRYAN & COLLERAN, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of FEDERAL SECURITIES CORPORATION, Bankrupt, v. BENJAMIN E. WEEKS.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

FRED POLLAK v. SAUL WHITCUP.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

GEORGE W. READ v. RIGG MOTORS, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

J. A. FINN & COMPANY v. JOSEPH BANCROFT & SONS COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

LILLIAN FINKELSTEIN and Another v. LOUIS GRODSKY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

WILSON HOLDING CORPORATION v. ASHER GOLDMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., McAvoy Martin, O'Malley and Sherman, JJ.

MARIAN A. DAVIDSON v. THE MADISON CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMILIO REBORA and Another, as General Average Adjusters and Trustees for NAVIGAZIONE GENERALE ITALIANA, Owner of the Steamship " Caserta," v. BRITISH AND FOREIGN MARINE INSURANCE COMPANY, LTD.— Motion denied,